November 15, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

DONALD RAY MCCRAY, Appellant

NO. 14-12-00860-CV                        V.

PRUDENTIAL INSURANCE, DOUGLAS D. MULDER, MICHELLE MULDER, KENNETH HOLT, DEANA R. DAVID AND DARRYL E. GLENN, Appellees

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 13, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Donald Ray McCray.

We further order this decision certified below for observance.